1  MICHAEL N. WESTHEIMER (SBN 178938)
   michael.westheimer@ogletreedeakins.com
2  RACHEL J. MOROSKI (SBN 286805)
   rachel.moroski@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
4  Steuart Tower, Suite 1300
   One Market Plaza
5  San Francisco, CA  94105
   Telephone:    415.442.4810
6  Facsimile:    415.442.4870

7  Attorneys for Defendant
   KOHLER CO.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADAN KEYHAN,<br><br>            Plaintiffs,<br><br>      vs.<br><br>KOHLER CO.; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No.: 4:15-cv-05555-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ACTION AND ALL CAUSES OF ACTION PLED THEREIN PURSUANT TO SETTLEMENT**<br><br>[Fed. R. Civ. P. 41(a)(2)]<br><br>State Action Filed:  November 3, 2015<br>Trial Date: July 24, 2017 |

Case No. 4:15-cv-05555-PJH
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ACTION

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and subject to the Court's approval, Plaintiff Ladan Keyhan and Defendant Kohler Co. (collectively the "Parties"), through their respective counsel, hereby stipulate and mutually request that the Court enter an order dismissing the above-captioned action and all causes pled therein with prejudice, including, without limitation, Plaintiff's claims alleging violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. section 201, *et seq.*, pursuant to the Parties' settlement, with each Party to bear all of her or its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: ~~June~~ July 14, 2016

MCCORMACK & ERLICH, LLP

By: _____
Jason M. Erlich

Attorneys for Plaintiff
LADAN KEYHAN

DATED: July 21, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ _____
Michael N. Westheimer
Rachel J. Moroski

Attorneys for Defendant
KOHLER CO.

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Court approves the dismissal of the action and all causes pled therein with prejudice, including without limitation the claims alleging violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. section 201, *et seq.*, pursuant to the Parties' settlement. The action is dismissed in its entirety with prejudice. Each Party shall bear all of her or its own attorney's fees and costs. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 21, 2016

_____
Honorable Phyllis J. Hamilton
Judge, U.S. District

